# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 4:20-cr-306-DPM

**AUSTIN LINDABURY**　　　　　　　　　　　　　　　**DEFENDANT**
Reg. No. 24212-509

### ORDER

Lindabury moves to reduce his sentence based on a 2023 amendment to the Sentencing Guidelines. But he was sentenced after that amendment went into effect. At his sentencing hearing, the Court ordered corrections to his PSR to reflect that he would only receive one status point for being on probation when he committed his new crime. His motion, *Doc. 76*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2024